PETER M. HART, Esq. (State Bar No. 198691)
hartpeter@msn.com
**LAW OFFICES OF PETER M. HART**
13952 Bora Bora Way, F-320
Marina Del Rey, CA 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441

LARRY W. LEE (State Bar No. 228175)
lwlee@diversitylaw.com
DANIEL H. CHANG (State Bar No. 183803)
dchang@diversitylaw.com
CRAIG S. HUBBLE (State Bar No. 200789)
chubble@diversitylaw.com
**DIVERSITY LAW GROUP, A Professional Corporation**
444 S. Flower Street
Citigroup Center · Suite 1370
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile

KENNETH H. YOON (State Bar No. 198443)
kyoon@yoon-law.com
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
(213) 612-0988
(213) 947-1211 facsimile

Attorneys for Plaintiff Morris Bickley

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS BICKLEY, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SCHNEIDER NATIONAL, INC., a corporation; SCHNEIDER NATIONAL CARRIERS, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 08-05806 JSW<br><br>**[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND DEFENDANTS' DEADLINE TO FILE ITS ANSWERS TO PLAINTIFF'S COMPLAINT** |

Good cause appearing thereon, IT IS HEREBY ORDERED that:

1. Defendants' deadline to file its Answers to Plaintiff's Complaint shall be March 20, 2009;

2. The currently scheduled Initial Case Management Conference is continued to May 1, 2009; and

3. The deadline for the Parties to file their Rule 26(f) reports shall be continued to April 24, 2009.

DATED: __March 13, 2009__, 2009

_____
HONORABLE JEFFREY S. WHITE
United States District Judge

-2-     Case No. C 08-05806 JSW
[PROPOSED] ORDER CONTINUING HEARING AND DEADLINE DATES