IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Bickley,

          Plaintiff,

  v.

Schneider National, Inc.,

          Defendant.

_____/

No. CV08-05806 JSW

**ORDER SCHEDULING TRIAL AND
PRETRIAL MATTERS**

    Following the Case Management Conference, IT IS HEREBY ORDERED that the Case Management Statement is adopted, except as expressly modified by this Order.  It is further ORDERED that:

    **A.**    **DATES**

Trial Date:     12/6/2010, at 8:30 a.m., 20 to 30 days estimate

Pretrial Conference:  Monday, 11/8/2010, at 2:00 p.m.

Last Day to Hear Motion to Amend Pleadings: Friday, 1/8/2010, 9:00 a.m.

Last Day to Hear Motion for Class Certification: Friday, 3/5/2010, 9:00 a.m.

Last Day to Hear Dispositive Motions:  Friday, 9/3/2010, 9:00 a.m.

Last Day for Expert Discovery:  8/4/2010

Last Day for Expert Disclosure: 7/20/2010

Close of Non-expert Discovery: 7/5/2010

    **B.**    **DISCOVERY**

    The parties are reminded that a failure voluntarily to disclose information pursuant to Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses pursuant to Rule 26(e) may result in exclusionary sanctions.  Thirty days prior to the close of

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

1 non-expert discovery, lead counsel for each party shall serve and file a certification that all

2 supplementation has been completed.

3      **C.**      **ALTERNATIVE DISPUTE RESOLUTION**

4      By agreement of the parties, this matter is referred to private ADR, to be completed by

5 November 2 ,2009.  The parties shall promptly notify the Court whether the case is resolved.

6      **D.**      **PROCEDURE FOR AMENDING THIS ORDER**

7      No provision of this order may be changed except by written order of this court upon its

8 own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 or 7-1-(b)

9 without a showing of very good cause.  If the modification sought is an extension of a deadline

10 contained herein, the motion must be brought <u>before</u> expiration of that deadline.  The parties

11 may not modify the pretrial schedule by stipulation.  A conflict with a court date set after the

12 date of this order does not constitute good cause. The parties are advised that if they stipulate to

13 a change in the discovery schedule, they do so at their own risk.  The only discovery schedule

14 that the Court will enforce is the one set in this order.  Additionally, briefing schedules that are

15 specifically set by the court may not be altered by stipulation; rather the parties must obtain

16 leave of Court.

17      **IT IS SO ORDERED.**

18 Dated:  May 14, 2009

19                                        _____
                                       JEFFREY S. WHITE

20                                        UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28