United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS BICKLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>SCHNEIDER NATIONAL, INC., et al.,<br><br>    Defendants.<br> _____ / | No. C 08-05806 JSW<br><br>**ORDER REFERRING DISCOVERY TO MAGISTRATE JUDGE** |

Pursuant to Local Rule 72-1, all discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: May 19, 2009

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE

cc:    Wings Hom