1  DOUGLAS J. FARMER, State Bar No. 139646
   doug.farmer@ogletreedeakins.com
2  DAVID D. SOHN, State Bar No. 221119
   david.sohn@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, California 94105
5  Telephone:    (415) 442-4810
   Facsimile:    (415) 442-4870
6
7  Attorneys for Defendants
   SCHNEIDER NATIONAL, INC. and
   SCHNEIDER NATIONAL CARRIERS, INC.
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS BICKLEY, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHNEIDER NATIONAL, INC., a corporation; SCHNEIDER NATIONAL CARRIERS, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 08-05806 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Date:<br>Time:<br>Ctrm:<br>Judge:  Hon. Jeffrey S. White<br><br>Action Filed:   November 25, 2008<br>Trial Date:     December 6, 2010 |

7956021_1.doc

STIPULATION AND [PROPOSED] ORDER

This Stipulation and [Proposed] Order is hereby entered into and submitted by and between Plaintiff Morris Bickley ("Plaintiff") and Defendants Schneider National, Inc. and Schneider National Carriers, Inc. (collectively, "Defendants"), by and through their respective counsel of record, pursuant to Civil Local Rule 7-12.

**WHEREAS**, on April 24, 2009, the parties filed a Joint Case Management Statement with the Court. *See* Docket Item No. 32. In Section 12 of the Joint Case Management Statement, titled "Settlement and ADR," the parties noted they "have agreed to private mediation." *Id.*

**WHEREAS**, on May 1, 2009, the parties participated in an initial Case Management Conference with Judge Jeffrey S. White.

**WHEREAS**, on May 14, 2009, Judge White issued an Order Scheduling Trial and Pretrial Matters pursuant to the initial Case Management Conference. *See* Docket Item No. 35. In Section C of the Order, titled "Alternative Dispute Resolution," the Court noted "[b]y agreement of the parties, this matter is referred to private ADR, to be completed by November 2, 2009."[1]

**WHEREAS**, on October 22, 2009, the Court issued an Order of Referral to Magistrate Judge Joseph C. Spero for Settlement Conference. *See* Docket Item No. 36. The Order states the referral to Magistrate Judge Spero for a settlement conference was based upon "the consent of the parties." *Id.*

**WHEREAS**, on October 26, 2009, the Court issued a Notice of Settlement Conference and Order Setting Settlement Conference before Magistrate Judge Spero. The Order set a settlement conference in this matter for December 21, 2009.

**WHEREAS**, at no point during the litigation of this matter did the parties consent to a settlement conference before a Magistrate Judge.

---

[1] The parties have not completed private mediation. As noted in Defendant's Notice of Pendency of Other Action or Proceeding, filed on April 1, 2009, there was another class action pending in the Central District of California, entitled *Michael D. Patton v. Schneider National Carriers, Inc., et al.*, Case No. CV 09-01010 MMM (AJWx), involving the same Defendants and premised on similar, if not identical, wage and hour claims as the above-captioned matter. *See* Docket Item No. 31. The parties have agreed to consolidate these two lawsuits in this Court and are currently in the process of doing so. The parties anticipate participating in private mediation once the two lawsuits have been consolidated and sufficient discovery has been taken.

1    **THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between
Plaintiff and Defendants, and their respective undersigned counsel of record, that the Court's Order Setting Settlement Conference for December 21, 2009 before Magistrate Judge Spero be withdrawn and taken off calendar.

Dated: December 3, 2009

Respectfully Submitted,

OGLETREE, DEAKNS, NASH, SMOAK & STEWART, P.C.

By    /s/ David D. Sohn
       Douglas J. Farmer
       David D. Sohn

Attorneys for Defendants
SCHNEIDER NATIONAL CARRIERS, INC., and SCHNEIDER NATIONAL, INC.

Dated: December 3, 2009

Respectfully Submitted,

LAW OFFICES OF PETER M. HART

By    /s/ Peter M. Hart
       Peter M. Hart

Attorneys for Plaintiff
MORRIS BICKLEY, as an individual and on behalf of all others similarly situated

[~~PROPOSED~~] ORDER

The parties note, in a footnote, that they have violated the Court's order scheduling trial and pretrial matters by failing to complete private mediation by November 2, 2009. By no later than December 14, 2009, the parties shall file a stipulation selecting a new date by which they will complete mediation. The parties are admonished not to violate the Court's orders in the future. Pursuant to the parties' stipulation, the Court withdraws the referral for a settlement conference.

~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~

IT IS SO ORDERED.

Date:   December 8, 2009

*[signature]*
The Honorable Jeffrey S. White
United States District Judge