1
2
3
4
5
6
7

**MARLIN & SALTZMAN**
Stanley D. Saltzman, Esq. [SBN 90058]
Louis M. Marlin, Esq. [SBN 54053]
Marcus J. Bradley, Esq. [SBN 174156]
Christina A. Humphrey [SBN 226326]
29229 Canwood Street, Suite 208
Agoura Hills, California  91301
Telephone:     (818) 991-8080
Facsimile:      (818) 991-8081
ssaltzman@marlinsaltzman.com
louis.marlin@marlinsaltzman.com
mbradley@marlinsaltzman.com
chumphrey@marlinsaltzman.com

8

Attorneys for Plaintiffs

9

(Additional Plaintiffs' counsel on next page)

10

11

## UNITED STATES DISTRICT COURT

12

## NORTHERN DISTRICT OF CALIFORNIA

13

14
15
16

MORRIS  BICKLEY  and  MICHAEL  D.  )
PATTON,  individually  and  on  behalf  of  )
themselves, all others similarly situated, and  )
the general public,  )

17

Plaintiffs,  )

18

v.  )

19
20

SCHNEIDER   NATIONAL   CARRIERS,  )
INC., a Nevada corporation, SCHNEIDER  )
NATIONAL, INC., a Wisconsin corporation,  )
and DOES 1 to 10, inclusive,  )

21

Defendants.  )

22

**CASE NO.  3:08-cv-05806-JSW**

**CLASS ACTION (FRCP 23)**

[PROPOSED] ORDER PURSUANT TO
STIPULATION TO FILE FIRST
AMENDED CONSOLIDATED
COMPLAINT

Complaint Filed:      11/25/08
Trial Date:              None

23

24   / / /

25   / / /

26   / / /

27   / / /

28

1

1 | **Additional Plaintiffs' Counsel**

2 | **THE CULLEN LAW FIRM, APC**
Paul T. Cullen, Esq. [SBN 193575]
3 | 29229 Canwood Street, Suite 208
Agoura Hills, California   91301-1555
4 | Telephone:     (626) 744-9125
Facsimile:     (626) 744-9436
5 | paul@cullenlegal.com; pat@cullenlegal.com

6 | **LAW OFFICES OF PETER M. HART**
Peter M. Hart, Esq. [SBN 198691]
7 | 13952 Bora Bora Way, F-320
Marina Del Rey, California   90292
8 | Telephone:     (310) 478-5789
Facsimile:     (509) 561-6441
9 | hartpeter@msn.com

10 | **LAW OFFICES OF KENNETH H. YOON**
Kenneth H. Yoon, Esq. [SBN 198443]
11 | One Wilshire Boulevard, Suite 2200
Los Angeles, California   90017
12 | Telephone:     (213) 612-0988
Facsimile:     (213) 947-1211
13 | kyoon@yoon-law.com

14 | **LAW OFFICE OF ERIC HONIG**
Eric Honig, Esq. [SBN 140765]
15 | P.O. Box 10327
Marina Del Rey, California   90295
16 | Telephone:     (310) 314-2603
Facsimile:     (310) 314-2793
17 | erichonig@aol.com

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 3:08-CV-05806-JSW
~~[PROPOSED]~~ ORDER PURSUANT TO STIPULATION TO
FILE FIRST AMENDED CONSOLIDATED COMPLAINT

1       Based on the Parties' Stipulation to File First Amended Consolidated Complaint,

2  (1) Plaintiffs are allowed to file a First Amended Consolidated Complaint pursuant to Rule 15(a)

3  of the Rules of Civil Procedure; and (2) Defendant Schneider National Carriers, Inc. shall have 20

4  days from the date of the filing of the First Amended Complaint to respond.

5

6

7  DATED:  December 10, 2009

                          Hon. Jeffrey S. White

8                          United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 3:08-CV-05806-JSW
[PROPOSED] ORDER PURSUANT TO STIPULATION TO
FILE FIRST AMENDED CONSOLIDATED COMPLAINT