**MARLIN & SALTZMAN**
Stanley D. Saltzman, Esq. [SBN 90058]
Louis M. Marlin, Esq. [SBN 54053]
Marcus J. Bradley, Esq. [SBN 174156]
Christina A. Humphrey [SBN 226326]
29229 Canwood Street, Suite 208
Agoura Hills, California 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-8081
ssaltzman@marlinsaltzman.com
louis.marlin@marlinsaltzman.com
mbradley@marlinsaltzman.com
chumphrey@marlinsaltzman.com

Attorneys for Plaintiffs

(Additional Plaintiffs' counsel on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS BICKLEY and MICHAEL D. PATTON, individually and on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SCHNEIDER NATIONAL CARRIERS, INC., a Nevada corporation, SCHNEIDER NATIONAL, INC., a Wisconsin corporation, and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. 3:08-cv-05806-JSW<br><br>**CLASS ACTION (FRCP 23)**<br><br>[PROPOSED] ORDER PURSUANT TO STIPULATION RE MEDIATION COMPLETION DATE<br><br><br>Complaint Filed: 11/25/08<br>Trial Date: None |

/ / /

/ / /

/ / /

/ / /

1

**Additional Plaintiffs' Counsel**

**THE CULLEN LAW FIRM, APC**
Paul T. Cullen, Esq. [SBN 193575]
29229 Canwood Street, Suite 208
Agoura Hills, California 91301-1555
Telephone: (626) 744-9125
Facsimile: (626) 744-9436
paul@cullenlegal.com; pat@cullenlegal.com

**LAW OFFICES OF PETER M. HART**
Peter M. Hart, Esq. [SBN 198691]
13952 Bora Bora Way, F-320
Marina Del Rey, California 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441
hartpeter@msn.com

**LAW OFFICES OF KENNETH H. YOON**
Kenneth H. Yoon, Esq. [SBN 198443]
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Telephone: (213) 612-0988
Facsimile: (213) 947-1211
kyoon@yoon-law.com

**LAW OFFICE OF ERIC HONIG**
Eric Honig, Esq. [SBN 140765]
P.O. Box 10327
Marina Del Rey, California 90295
Telephone: (310) 314-2603
Facsimile: (310) 314-2793
erichonig@aol.com

1 | Based on the Parties' Stipulation Re Mediation Completion Date, the Parties are ordered
2 | to complete mediation in this matter by August 1, 2010, with a private mediator selected by the
3 | Parties.

DATED: December 17, 2009

*Jeffrey S White*

Hon. Jeffrey S. White
United States District Court Judge