1  **MARLIN & SALTZMAN**
   Stanley D. Saltzman, Esq. [SBN 90058]
2  Louis M. Marlin, Esq. [SBN 54053]
   Marcus J. Bradley, Esq. [SBN 174156]
3  Christina A. Humphrey [SBN 226326]
   29229 Canwood Street, Suite 208
4  Agoura Hills, California  91301
   Telephone:    (818) 991-8080
5  Facsimile:    (818) 991-8081
   ssaltzman@marlinsaltzman.com
6  louis.marlin@marlinsaltzman.com
   mbradley@marlinsaltzman.com
7  chumphrey@marlinsaltzman.com

8  Attorneys for Plaintiffs

9  (Additional Plaintiffs' counsel on next page)

10

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| MORRIS BICKLEY and MICHAEL D. PATTON, individually and on behalf of themselves, all others similarly situated, and the general public,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>SCHNEIDER NATIONAL CARRIERS, INC., a Nevada corporation, SCHNEIDER NATIONAL, INC., a Wisconsin corporation, and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 3:08-cv-05806-JSW<br><br>**CLASS ACTION (FRCP 23)**<br><br>[PROPOSED] ORDER PURSUANT TO REVISED STIPULATION TO FILE FIRST AMENDED CONSOLIDATED COMPLAINT<br><br><br>Complaint Filed:   11/25/08<br>Trial Date:            None |

24  / / /
25  / / /
26  / / /
27  / / /
28
                                     1

**Additional Plaintiffs' Counsel**

THE CULLEN LAW FIRM, APC
Paul T. Cullen, Esq. [SBN 193575]
29229 Canwood Street, Suite 208
Agoura Hills, California  91301-1555
Telephone:     (626) 744-9125
Facsimile:      (626) 744-9436
paul@cullenlegal.com; pat@cullenlegal.com

LAW OFFICES OF PETER M. HART
Peter M. Hart, Esq. [SBN 198691]
13952 Bora Bora Way, F-320
Marina Del Rey, California  90292
Telephone:     (310) 478-5789
Facsimile:      (509) 561-6441
hartpeter@msn.com

LAW OFFICES OF KENNETH H. YOON
Kenneth H. Yoon, Esq. [SBN 198443]
One Wilshire Boulevard, Suite 2200
Los Angeles, California  90017
Telephone:     (213) 612-0988
Facsimile:      (213) 947-1211
kyoon@yoon-law.com

LAW OFFICE OF ERIC HONIG
Eric Honig, Esq. [SBN 140765]
P.O. Box 10327
Marina Del Rey, California  90295
Telephone:     (310) 314-2603
Facsimile:      (310) 314-2793
erichonig@aol.com

2

CASE NO. 3:08-CV-05806-JSW
[PROPOSED] ORDER PURSUANT TO REVISED STIPULATION TO FILE FIRST AMENDED CONSOLIDATED COMPLAINT

Based on the Parties' Revised Stipulation to File First Amended Consolidated Complaint, (1) Plaintiffs are allowed to file a First Amended Consolidated Complaint pursuant to Rule 15(a) of the Rules of Civil Procedure; and (2) Defendant Schneider National Carriers, Inc. shall have 20 days from the date of the filing of the First Amended Complaint to respond.

DATED: December 17, 2009

Hon. Jeffrey S. White
United States District Court Judge

3

CASE NO. 3:08-CV-05806-JSW
[PROPOSED] ORDER PURSUANT TO REVISED STIPULATION TO
FILE FIRST AMENDED CONSOLIDATED COMPLAINT