1    **MARLIN & SALTZMAN**
Stanley D. Saltzman, Esq. [SBN 90058]
2    Louis M. Marlin, Esq. [SBN 54053]
Marcus J. Bradley, Esq. [SBN 174156]
3    Christina A. Humphrey [SBN 226326]
29229 Canwood Street, Suite 208
4    Agoura Hills, California   91301
Telephone:   (818) 991-8080
5    Facsimile:   (818) 991-8081
ssaltzman@marlinsaltzman.com
6    louis.marlin@marlinsaltzman.com
mbradley@marlinsaltzman.com
7    chumphrey@marlinsaltzman.com

8    Attorneys for Plaintiffs

9    (Additional Plaintiffs' counsel on next page)

10

11                  **UNITED STATES DISTRICT COURT**

12                  **NORTHERN DISTRICT OF CALIFORNIA**

13

14   MORRIS BICKLEY and MICHAEL )    **CASE NO.  3:08-cv-05806-JSW**
D. PATTON, individually and on )
15   behalf of themselves, all others )    **CLASS ACTION (FRCP 23)**
similarly situated, and the general )
16   public,                          )    [PROPOSED] ORDER RE
                                      )    AMENDED JOINT MOTION OF
17          Plaintiffs,               )    ALL PARTIES TO AMEND
                                      )    SCHEDULING ORDER
18   v.                               )
                                      )
19   S C H N E I D E R   N A T I O N A L )
CARRIERS, INC., a Nevada )
20   c o r p o r a t i o n ,   S C H N E I D E R )
NATIONAL, INC., a Wisconsin )
21   corporation, and DOES 1 to 10, )    Complaint Filed:   11/25/08
inclusive,                           )    Trial Date:        None
22                                    )
          Defendants.                 )
23                                    )
     _____)

24

25
     / / /
26
     / / /
27

28
                                      1

1 | **Additional Plaintiffs' Counsel**

2 | **THE CULLEN LAW FIRM, APC**
Paul T. Cullen, Esq. [SBN 193575]
3 | 29229 Canwood Street, Suite 208
Agoura Hills, California   91301-1555
4 | Telephone:   (626) 744-9125
Facsimile:   (626) 744-9436
5 | paul@cullenlegal.com; pat@cullenlegal.com

6 | **LAW OFFICES OF PETER M. HART**
Peter M. Hart, Esq. [SBN 198691]
7 | 13952 Bora Bora Way, F-320
Marina Del Rey, California   90292
8 | Telephone:   (310) 478-5789
Facsimile:   (509) 561-6441
9 | hartpeter@msn.com

10 | **LAW OFFICES OF KENNETH H. YOON**
Kenneth H. Yoon, Esq. [SBN 198443]
11 | One Wilshire Boulevard, Suite 2200
Los Angeles, California   90017
12 | Telephone:   (213) 612-0988
Facsimile:   (213) 947-1211
13 | kyoon@yoon-law.com

14 | **LAW OFFICE OF ERIC HONIG**
Eric Honig, Esq. [SBN 140765]
15 | P.O. Box 10327
Marina Del Rey, California   90295
16 | Telephone:   (310) 314-2603
Facsimile:   (310) 314-2793
17 | erichonig@aol.com

18

19

20

21

22

23

24

25

26

27

28

2

CASE NO. 3:08-CV-05806-JSW
[PROPOSED] ORDER RE AMENDED JOINT MOTION OF
ALL PARTIES TO AMEND SCHEDULING ORDER

1       Based on the Parties' Amended Joint Motion of All Parties to Amend

2 Scheduling Order, the following dates are continued as indicated:

3       Trial Date:  Continued from 12/6/2010, at 8:30 a.m. (20 to 30 days estimate)

4 to 6/6/2011, at ~~8:30~~ 8:00 a.m. (20 to 30 days estimate).

5       Pretrial Conference:  Continued from Monday, 11/8/2010, at 2:00 p.m. to

6 Monday, ~~5/9/2011~~ 5/16/11, at 2:00 p.m.

7       Last Day to Hear Motion to Amend Pleadings:  Continued from Friday,

8 1/8/2010, 9:00 a.m. to Friday, 7/9/2010, 9:00 a.m.

9       Last Day to Hear Motion for Class Certification:  Continued from Friday,

10 3/5/2010, 9:00 a.m. to Friday, ~~9/10/2010~~ 9/17/10, 9:00 a.m.

11       Last Day to Hear Dispositive Motions:  Continued from Friday, 9/3/2010,

12 9:00 a.m. to Friday, 3/4/2011, 9:00 a.m.

13       Last Day for Expert Discovery:  Continued from 8/4/2010 to 2/4/2011.

14       Last Day for Expert Disclosure:  Continued from 7/20/2010 to 1/20/2011.

15       Close of Non-expert Discovery:  Continued from 7/5/2010 to 1/10/2011.

16       The date to complete mediation in this matter shall remain set for August 1,

17 2010, with a private mediator selected by the Parties.

18

19

20 DATED:  January 25, 2010

21 Hon. Jeffrey S. White
    United States District Court Judge

22

23

24

25

26

27

28

CASE NO. 3:08-CV-05806-JSW
[PROPOSED] ORDER RE AMENDED JOINT MOTION OF
ALL PARTIES TO AMEND SCHEDULING ORDER