MARLIN & SALTZMAN
[LEAD COUNSEL FOR DEDICATED/INTERMODAL DRIVERS]
Stanley D. Saltzman (SBN 90058)
Louis M. Marlin (SBN 54053)
Marcus J. Bradley (SBN 174156)
Christina A. Humphrey (SBN 226326)
29229 Canwood St., Ste. 208
Agoura Hills, CA  91301
Tel.: (818) 991-8080
Fax: (818) 991-8081
ssaltzman@marlinsaltzman.com
louis.marlin@marlinsaltzman.com
mbradley@marlinsaltzman.com
chumphrey@marlinsaltzman.com

HAGENS BERMAN SOBOL SHAPIRO LLP
[LEAD COUNSEL FOR REGIONAL DRIVERS]
Steve W. Berman
Lee M. Gordon (SBN 174168)
700 South Flower St., Ste. 2940
Los Angeles, CA  90017-4101
Tel.: (213) 330-7150
Fax: (213) 330-7152
Lee@hbsslaw.com

*Attorneys for Plaintiffs and the Putative Class*
(additional counsel listed on next page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS BICKLEY and MICHAEL D. PATTON, RAYMOND GREWE, and DENNIS VANHORN individually and on behalf of all others similiarly situated, and the general public<br><br>Plaintiffs,<br><br>v.<br><br>SCHNEIDER NATIONAL CARRIERS, INC., a Nevada corporation, and DOES 1 to 10, inclusive,<br><br>Defendant. | Case No. 3:8-cv-05806-JSW<br><br>**CLASS ACTION (FRCP 23)**<br><br>**STIPULATION TO CONTINUE DATES**<br><br>JUDGE:   HON. JEFFREY S. WHITE<br>DEPT:     11<br><br>JURY TRIAL DEMANDED |

STIPULATION TO CONTINUE DATES
3:10-cv-02208-JSW

010160-12  393489 V1

1 **Additional Plaintiffs' Counsel**

2 **THE CULLEN LAW FIRM, APC**
Paul T. Cullen (SBN 193575)
3 29229 Canwood St., Ste. 208
Agoura Hills, CA   91301-1555
4 Tel.: (626) 744-9125
Fax: (626) 744-9436
5 paul@cullenlegal.com
pat@cullenlegal.com
6
**LAW OFFICES OF PETER M. HART**
7 Peter M. Hart (SBN 198691)
13952 Bora Bora Way, F-320
8 Marina Del Rey, CA   90292
Tel.: (310) 478-5789
9 Fax: (509) 561-6441
hartpeter@msn.com
10
**LAW OFFICES OF KENNETH H. YOON**
11 Kenneth H. Yoon\(SBN 198443)
One Wilshire Blvd., Ste. 2200
12 Los Angeles, CA   90017
Tel.: (213) 612-0988
13 Fax: (213) 947-1211
kyoon@yoon-law.com
14
**LAW OFFICE OF ERIC HONIG**
15 Eric Honig (SBN 140765)
P.O. Box 10327
16 Marina Del Rey, CA   90295
Tel.: (310) 314-2603
17 Fax: (310) 314-2793
erichonig@aol.com
18
**HAGENS BERMAN SOBOL SHAPIRO**
19 Steve W. Berman
1918 Eighth Ave., Ste. 3300
20 Seattle, WA   98101
Tel.: (206) 623-7292
21 Steve@hbsslaw.com

22 **REHWALD GLASNER & CHALEFF**
Daniel Chaleff (SBN 173028)
23 5855 Topanga Canyon Blvd., Ste. 400
Woodland Hills, CA   91367
24 Tel.: (818) 703-7500
DChaleff@rehwaldlaw.com
25

26

27

28

- 2 -

STIPULATION TO CONTINUE DATES
3:10-cv-02208-JSW

010160-12   393489 V1

1   Plaintiffs MORRIS BICKLEY, MICHAEL D. PATTON, RAYMOND GREWE, and
2   DENNIS VANHORN, individually, and on behalf of themselves, all others similarly situated, and
3   the general public (collectively hereinafter "Plaintiffs") and Defendants SCHNEIDER NATIONAL
4   CARRIERS, INC., a Nevada corporation (hereinafter "Schneider"), hereby stipulate and agree as
5   follows:

6   **WHEREAS,** on November 25, 2008, Plaintiff MORRIS BICKLEY, on behalf of himself
7   and all others similarly situated, filed this class action lawsuit in the United States District Court for
8   the Northern District of California;

9   **WHEREAS**, on February 11, 2009, Plaintiff MICHAEL D. PATTON, on behalf of himself
10  and all others similarly situated, filed a class action lawsuit in the United States District Court for
11  the Central District of California, *Patton v. Schneider National, Inc., et. al.*, Case No. CV 09-1010-
12  MMM, which was premised on similar and, in many respects, identical issues;

13  **WHEREAS**, the parties stipulated to the transfer to the United States District Court for the
14  Northern District of California of the *Patton* action and to agree to the consolidation of the *Patton*
15  action with the *Bickley* action;

16  **WHEREAS**, on December 10, 2009, this Court signed a stipulated Order permitting
17  Plaintiffs BICKLEY and PATTON to file a Consolidated First Amended Complaint, and pursuant
18  to that Order, on January 12, 2010, Plaintiffs BICKLEY and PATTON (hereinafter, the
19  "Intermodal/Dedicated Driver Plaintiffs") filed their First Amended Consolidated Complaint;

20  **WHEREAS**, on January 21, 2010, the parties jointly moved to amend the scheduling order
21  in light of the consolidation of the *Bickley* and *Patton* cases, and this Court granted the parties joint
22  motion through an Order entered on January 25, 2010;

23  **WHEREAS**, on May 21, 2010, Plaintiffs GREWE and VANHORN (hereinafter, the
24  "Regional Driver Plaintiffs"), on behalf of themselves and all others similarly situated, filed a class
25  action lawsuit in the United States District Court for the Northern District of California, Case No.
26  CV-10-2208-EDL, which was premised on some of the same or similar issues, as well as an
27  Administrative Motion to Consider Whether the Cases Should be Related;
28

1   **WHEREAS,** on June 7, 2010, this Court issued an Order relating the *Bickley-Patton*
2   consolidated action, Case No. CV 08-05806 JSW, to the *Grewe* action, Case No. CV 10-02208
3   EDL;

4   **WHEREAS,** on June 14, 2010, Schneider filed a Motion to Dismiss, Stay, or Consolidate
5   the *Grewe* case;

6   **WHEREAS,** on July 20, 2010, this Court ordered that the *Bickley-Patton* consolidated
7   action, Case No. CV 08-05806 JSW, be consolidated with the *Grewe* action, Case No. CV 10-02208
8   EDL for all purposes, and ordered that the parties meet and confer and submit a stipulation no later
9   than September 3, 2010, regarding the pre-trial schedule and continuing deadlines;

10  **WHEREAS,** on August 20, 2010, plaintiffs filed their consolidated second amended
11  complaint;

12  **WHEREAS,** on September 2, 2010, pursuant to the Court's July 20, 2010 Order and
13  F.R.C.P. 26(f), the parties met and conferred regarding the pre-trial schedule, discovery, and
14  continuing deadlines with respect to all putative class member claims (i.e., dedicated, intermodal,
15  and regional drivers);

16  **WHEREAS**, pursuant to the Court's July 20, 2010 Order and F.R.C.P. 26(f), the parties
17  seek an Order allowing them to continue certain deadlines, as well as add new deadlines, in light of
18  the consolidation of the *Grewe* action with the *Bickley-Patton* action for all purposes.

19  **NOW, THEREFORE,** the parties through their respective counsel of record jointly
20  stipulate to, propose, and request that the Court adopt the following schedule for the above-
21  captioned consolidated action:

|  | **CURRENT DUE DATE** | **NEW DUE DATE** |
|---|---|---|
| Deadline for Schneider to produce Pay Plans for Intermodal/Dedicated Driver Putative Class Members. | no prior date set | 09/30/2010 |
| Initial Disclosures due re Regional Driver Plaintiffs. | no prior date set | 09/30/2010 |

- 4 -

STIPULATION TO CONTINUE DATES
3:10-cv-02208-JSW

010160-12 393489 V1

| | **CURRENT DUE DATE** | **NEW DUE DATE** |
|---|---|---|
| Deadline to Produce Class List of Regional Driver Putative Class Members to Third Party Administrator for Distribution of *Belaire West* Notice.[1] | no prior date set | 09/30/2010 |
| Deadline for Schneider and Regional Driver Plaintiffs to agree on form and content of *Belaire West* notice. | no prior date set | 09/30/2010 |
| Case Management Conference ~~re status of discovery~~ | no prior date set | ~~At the Court's convenience but parties request not later than~~ 3/31/2011 |
| Discovery Cut-Off Class Certification | no prior date set | 05/02/2011 |
| Last Day to Hear Motion to Amend Pleadings | 07/09/2010; 9:00 a.m. | 05/02/2011 |
| Mediation Completion Date | 08/01/2010 with private mediator selected by parties | 05/21/2011 with private mediator selected by parties |
| Last Day for Plaintiffs or Schneider to file Motions re Class Certification | 07/09/2010; 9:00 a.m. | 06/04/2011 |
| Opposition Briefs Due re Motions for Class Certification | no prior date set | 7/1/2011 |
| Reply Briefs Due re Motions for Class Certification | no prior date set | 7/22/2011 |
| Last Day to Hear Class Certification Motions | 09/17/2010; 9:00 a.m. | ~~To be determined by Court~~ 8/12/2011 at 9:00 a.m. |
| Close of Non-Expert Discovery | 01/10/2011 | 11/23/2011 |

---

[1] The Regional Driver Plaintiffs have agreed to issue discovery requests as soon as possible to which such a list would be responsive.

STIPULATION TO CONTINUE DATES
3:10-cv-02208-JSW

010160-12 393489 V1

- 5 -

|  | **CURRENT DUE DATE** | **NEW DUE DATE** |
|---|---|---|
| Last Day for Expert Disclosure and Initial Reports | 01/20/2011 | 12/23/2011 |
| Last Day for Rebuttal Expert Reports | no prior date set | 1/13/2012 |
| Last Day for Expert Discovery | 02/04/2011 | 2/3/2012 |
| Last Day to Hear Dispositive Motions | 03/04/2011; 9:00 a.m. | 5/4/2012 |
| Pretrial Conference | 05/16/2011; 2:00 p.m. | 6/1/2012 7/16/2012 at 2:00 p.m. |
| Trial | 06/06/2011; 8:00 a.m. (20-30 day estimate) | 6/11/2012 (20-30 day estimate) 8/6/2012 at 8:00 a.m. |

DATED: September 3, 2010

        MARLIN & SALTZMAN
        THE CULLEN LAW FIRM
        LAW OFFICES OF PETER M. HART
        LAW OFFICES OF KENNETH H. YOON
        LAW OFFICE OF ERIC HONIG
        HAGENS BERMAN SOBOL SHAPIRO
        REHWALD GLASNER & CHALEFF

By:    /s/ Christina A. Humphrey
       Christina A. Humphrey
MARLIN & SALTZMAN

*Attorneys for Plaintiffs*

DATED: September 3, 2010

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By:    /s/ Christopher Ahearn
       Christopher Ahearn

*Attorneys for Defendants*

- 6 -

STIPULATION TO CONTINUE DATES
3:10-cv-02208-JSW

010160-12 393489 V1

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2010, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List.  I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                  /s/ Lee M. Gordon
                                  LEE M. GORDON

Dated: September 8, 2010



IT IS SO ORDERED
Judge Jeffrey S. White
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO CONTINUE DATES
3:10-cv-02208-JSW

- 7 -

010160-12  393489 V1