IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS BICKLEY, MICHAEL D. PATTON, RAYMOND GREWE, and DENNIS VANHORN, individually and on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SCHNEIDER NATIONAL CARRIERS, INC., a Nevada corporation, and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. 3:08-cv-05806-JSW<br><br>**CLASS ACTION (FRCP 23)**<br><br>**[PROPOSED]** ORDER GRANTING STIPULATION TO AMEND BRIEFING SCHEDULE FOR MOTIONS TO AMEND PLEADINGS<br><br>Complaint Filed: 11/25/08<br>Trial Date: August 6, 2012 |

Now before the Court is a Stipulation to Amend Briefing Schedule for Motions to Amend Pleadings (Doc 87). After reviewing the Stipulation of the parties, it is hereby ordered that the following dates are reset as follows:

1. Hearing date on Motion to Amend Pleadings remains set for June 17, 2011;

2. Last day to file motions to amend pleadings is changed from May 13, 2011, to May 17, 2011;

3. Last day to file oppositions to motions to amend pleadings is changed from May 27, 2011, to May 30, 2011; and,

/ / /

1

1     4.     Last day to file replies to oppositions to motions to amend pleadings remains
2 June 3, 2011.

4     **IT IS SO ORDERED.**

6 Dated: May 12, 2011

                                            Jeffrey S. White
                                            United States District Judge