MARLIN & SALTZMAN
[LEAD COUNSEL FOR DEDICATED/INTERMODAL DRIVERS]
Stanley D. Saltzman (SBN 90058)
Louis M. Marlin (SBN 54053)
Marcus J. Bradley (SBN 174156)
Christina A. Humphrey (SBN 226326)
29229 Canwood St., Ste. 208
Agoura Hills, CA   91301
Tel.: (818) 991-8080
Fax: (818) 991-8081
ssaltzman@marlinsaltzman.com
louis.marlin@marlinsaltzman.com
mbradley@marlinsaltzman.com
chumphrey@marlinsaltzman.com

HAGENS BERMAN SOBOL SHAPIRO LLP
[LEAD COUNSEL FOR REGIONAL DRIVERS]
Steve W. Berman (*pro hac vice*)
Lee M. Gordon (SBN 174168)
700 South Flower St., Ste. 2940
Los Angeles, CA  90017-4101
Tel.: (213) 330-7150
Fax: (213) 330-7152
Lee@hbsslaw.com

*Attorneys for Plaintiffs and the Putative Class*
(additional counsel listed on next page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS BICKLEY and MICHAEL D. PATTON, RAYMOND GREWE, and DENNIS VANHORN individually and on behalf of all others similiarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>SCHNEIDER NATIONAL CARRIERS, INC., a Nevada corporation, and DOES 1 to 10, inclusive,<br><br>                    Defendant. | Case No. 3:8-cv-05806-JSW<br><br>**CLASS ACTION (FRCP 23)**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO FILE CONSOLIDATED FOURTH AMENDED COMPLAINT**<br><br>JUDGE:    HON. JEFFREY S. WHITE<br>DEPT:         11<br>COMPLAINT FILED: 11/25/08<br><br>JURY TRIAL DEMANDED |

1  **Additional Plaintiffs' Counsel**

2  **THE CULLEN LAW FIRM, APC**
Paul T. Cullen (SBN 193575)
3  29229 Canwood St., Ste. 208
Agoura Hills, CA   91301-1555
4  Tel.: (626) 744-9125
Fax: (626) 744-9436
5  paul@cullenlegal.com
pat@cullenlegal.com
6

7  **LAW OFFICES OF PETER M. HART**
Peter M. Hart (SBN 198691)
One Wilshire Boulevard, Suite 2200
8  Los Angeles, CA   90017
Tel.: (310) 478-5789
9  Fax: (509) 561-6441
hartpeter@msn.com
10

11  **LAW OFFICES OF KENNETH H. YOON**
Kenneth H. Yoon\(SBN 198443)
One Wilshire Blvd., Ste. 2200
12  Los Angeles, CA   90017
Tel.: (213) 612-0988
13  Fax: (213) 947-1211
kyoon@yoon-law.com
14

15  **LAW OFFICE OF ERIC HONIG**
Eric Honig (SBN 140765)
P.O. Box 10327
16  Marina Del Rey, CA   90295
Tel.: (310) 314-2603
17  Fax: (310) 314-2793
erichonig@aol.com
18

19  **HAGENS BERMAN SOBOL SHAPIRO**
Steve W. Berman
1918 Eighth Ave., Ste. 3300
20  Seattle, WA   98101
Tel.: (206) 623-7292
21  Steve@hbsslaw.com

22  **REHWALD GLASNER & CHALEFF**
Daniel Chaleff (SBN 173028)
23  5855 Topanga Canyon Blvd., Ste. 400
Woodland Hills, CA   91367
24  Tel.: (818) 703-7500
Fax:  (818) 703-7498
25  DChaleff@rehwaldlaw.com

26

27

28

1     Now before the Court is a Stipulation to File Consolidated Fourth Amended Complaint

2 (Doc __89__).  After reviewing the Stipulation of the parties, it is hereby ordered as follows:

3     Plaintiffs may file their Consolidated Fourth Amended Complaint ~~concurrently herewith.~~

4 by filing it in the Court docket.

5 **GOOD CAUSE APPEARAING, IT SO ORDERED.**

8 DATED: __May 18, 2011__      _/s/ Jeffrey S. White_

9     Hon. Jeffrey S. White
United States District Court Judge