1  DOUGLAS J. FARMER, State Bar No. 139646
   douglas.farmer@odnss.com
2  MICHAEL J. NADER, State Bar No. 200425
   michael.nader@odnss.com
3  CHRISTOPHER M. AHEARN, State Bar No. 239089
   chris.ahearn@odnss.com
4  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
5  One Market Plaza
   San Francisco, CA  94105
6  Telephone:    415.442.4810
   Facsimile:    415.442.4870
7
   Attorneys for Defendant
8  SCHNEIDER NATIONAL CARRIERS, INC.

9  (Additional Counsel on next page)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS BICKLEY, MICHAEL D. PATTON, RAYMOND GREWE, DENNIS VANHORN, and DOUGLAS PUMROY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SCHNEIDER NATIONAL CARRIERS, INC., a Nevada corporation, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 3:08-cv-05806-JSW<br><br>**CLASS ACTION** (FRCP 23)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES**<br><br>Hon. Jeffrey S. White<br>Courtroom 2 (17th Floor)<br><br>Complaint Filed:  November 25, 2008<br>Trial Date:  August 6, 2012 |

**Plaintiffs' Counsel**

**MARLIN & SALTZMAN**
Stanley D. Saltzman, Esq. [SBN 90058]
Louis M. Marlin, Esq. [SBN 54053]
Marcus J. Bradley, Esq. [SBN 174156]
Christina A. Humphrey [SBN 226326]
29229 Canwood Street, Suite 208
Agoura Hills, California   91301
Telephone:     (818) 991-8080
Facsimile:      (818) 991-8081
ssaltzman@marlinsaltzman.com
louis.marlin@marlinsaltzman.com
mbradley@marlinsaltzman.com
chumphrey@marlinsaltzman.com

**HAGENS BERMAN SOBOL SHAPIRO**
Steve W. Berman, Esq.
Lee M. Gordon, Esq. (SBN 174168)
700 S. Flower Street, Suite 2940
Los Angeles, California   90017-4101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
Steve@hbsslaw.com
Lee@hbsslaw.com

**THE CULLEN LAW FIRM, APC**
Paul T. Cullen, Esq. (SBN 193575)
29229 Canwood Street, Suite 208
Agoura Hills, California   91301-1555
Telephone:     (626) 744-9125
Facsimile:      (626) 744-9436
paul@cullenlegal.com; pat@cullenlegal.com

**LAW OFFICES OF PETER M. HART**
Peter M. Hart, Esq. (SBN 198691)
13952 Bora Bora Way, F-320
Marina Del Rey, California   90292
Telephone:     (310) 478-5789
Facsimile:      (509) 561-6441
hartpeter@msn.com

**LAW OFFICES OF KENNETH H. YOON**
Kenneth H. Yoon, Esq. (SBN 198443)
One Wilshire Boulevard, Suite 2200
Los Angeles, California   90017
Telephone:     (213) 612-0988
Facsimile:      (213) 947-1211
kyoon@yoon-law.com

**LAW OFFICE OF ERIC HONIG**
Eric Honig, Esq. (SBN 140765)
P.O. Box 10327
Marina Del Rey, California 90295
Telephone: (310) 314-2603
Facsimile: (310) 314-2793
erichonig@aol.com

**HAGENS BERMAN SOBOL SHAPIRO**
Steve W. Berman, Esq.
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Steve@hbsslaw.com

**REHWALD GLASNER & CHALEFF**
William Rehwald, Esq. (SBN 51396)
Lawrence Glasner, Esq. (SBN 142677)
Daniel Chaleff, Esq. (SBN 173028)
5855 Topanga Canyon Blvd., Suite 400
Woodland Hills, California 91367
Telephone: (818) 703-7500
DChaleff@rehwaldlaw.com.

1   Plaintiffs Michael Patton, Morris Bickley, Raymond Grewe, Dennis Vanhorn, and
2   Douglas Pumroy ("Plaintiffs") and Defendant, Schneider National Carriers Inc. ("Defendant")
3   (hereinafter collectively, the "Parties"), by and through their counsel of record, hereby stipulate
4   and agree as follows:
5   WHEREAS, on May 18, 2011, the Court issued its Order granting the Parties' Stipulation
6   to File Consolidated Fourth Amended Complaint (Docket No. 90);
7   WHEREAS, on May 18, 2011, the Plaintiffs filed their Consolidated Fourth Amended
8   Complaint (Docket No. 91);
9   WHEREAS, the Consolidated Fourth Amended Complaint added a new named Plaintiff
10  (Pumroy) and several factual allegations and/or edits;
11  WHEREAS, Schneider intends to take further written discovery regarding such new
12  allegations and from the new named Plaintiff;
13  WHEREAS, the Parties agree that, in addition to the maximum number of interrogatories
14  provided in FRCP 33(a), Schneider may issue one additional contention interrogatory to each
15  named plaintiff that requests all facts which support each plaintiff's contentions as to the new
16  factual allegations in the Fourth Consolidated Amended Complaint.
17  WHEREAS, Schneider needs an additional 30 days built into the current schedule
18  regarding class certification to conduct such discovery;
19  WHEREAS, after the parties have had an opportunity to meet and confer
20  further, Plaintiffs expect to submit a separate request or stipulation regarding the structure of
21  their motion(s) for class certification;
22  WHEREAS, the Parties do not wish to alter the dates currently set for completion of
23  mediation (January 27, 2012) or the further Case Management Conference currently scheduled
24  for February 17, 2012;
25  WHEREAS, the Parties agree that the following dates currently set by the Court's April
26  1, 2011 case management Order (Docket No. 84) should be continued as follows:
27  Class certification discovery cutoff:   From 07/25/11 to 08/24/11;
28  Last day to file Class cert. motion:    From 08/05/11 to 09/06/11;

| | |
|---|---|
| Opposition due: | From 09/16/11 to 10/17/11; |
| Reply due: | From 10/14/11 to 11/14/11; |
| Hearing on class cert motion: | From 11/18/11 @ 9:00 am to 12/16/11 at 9:00 am (or as soon thereafter as may be convenient for the Court). |

NOW THEREFORE, IT IS HEREBY STIPULATED by the Parties herein, through their counsel of record, that the Court should amend the schedule in this action according to the dates and times set forth above in pages 4:27 to 5:5 above.

IT SO STIPULATED

DATED: May 25, 2011

**MARLIN & SALTZMAN**
**THE CULLEN LAW FIRM**
**LAW OFFICES OF PETER M. HART**
**LAW OFFICES OF KENNETH H. YOON**
**LAW OFFICE OF ERIC HONIG**


By: _____/s/_____
Christina A. Humphrey, Esq.
Attorneys for Plaintiffs

DATED: May 25, 2011

**HAGENS BERMAN SOBOL SHAPIRO**


By: _____/s/_____
Lee M. Gordon, Esq.
Attorneys for Plaintiffs

DATED: May 25, 2011

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**


By: _____/s/_____
Michael J. Nader, Esq.
Attorneys for Defendant SCHNEIDER NATIONAL CARRIERS, INC.

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DATES

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED. IT IS FURTHER ORDERED THAT THE HEARING ON ANY MOTIONS REGARDING CLASS CERTIFICATION SHALL BE ON January 6, 2012 at 9 a.m.

DATED: May 26, 2011

_Jeffrey S White_
Hon. Jeffrey S. White