IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MORRIS BICKLEY,

    Plaintiff,

  v.

SCHNEIDER NATIONAL, INC., et al.,

    Defendants.

No. C 08-05806 JSW

**ORDER VACATING HEARING**

    Plaintiffs' motion for class certification is currently set for hearing on January 6, 2012, at 9:00 a.m. This matter is fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* N.D. Cal. Civ. L.R. 7-1(b). Accordingly, the hearing set for January 6, 2012 is hereby VACATED.

    **IT IS SO ORDERED.**

Dated: January 4, 2012

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE