IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MORRIS BICKLEY,

    Plaintiff,

v.

SCHNEIDER NATIONAL, INC., et al.,

    Defendants.

No. C 08-05806 JSW

**ORDER REGARDING REQUEST TO FILE DOCUMENTS UNDER SEAL**

    Defendant Schneider National Carriers, Inc. ("Defendant") filed an administrative motion to file under seal its entire motion for summary judgment, as well as all of its supporting documents. As a public forum, the Court will only entertain requests to seal that establish good cause and are narrowly tailored to seal only the particular information that is genuinely privileged or protectable as a trade secret or otherwise has a compelling need for confidentiality. Documents may not be filed under seal pursuant to blanket protective orders covering multiple documents. In addition, counsel should not attempt to seal entire pleadings or declarations without a particularized showing explaining why the request could not be more narrowly tailored. Any order granting a request to seal shall direct the sealing of only those documents, pages, or if practicable, those portions of documents or pages that contain the information requiring confidentiality. All other portions of such documents shall remain in the public file. Civil L.R. 79-5(b) & cmt; *see also See Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178-81 (9th Cir. 2006) ("Those who seek to maintain the secrecy of documents attached to

1  dispositive motions must meet the high threshold of showing that 'compelling reasons' support
2  secrecy.").

3  Defendant's request to seal is over broad. By no later than January 12, 2012, Defendant
4  is directed to make a further showing, detailing which *specific portions*, if any, of the
5  documents in question has a compelling need for confidentiality. The Court shall RESERVE
6  RULING on Defendant's request to file documents under seal pending receipt of its further
7  showing. By January 12, 2012, Defendant shall publicly file redacted versions of its motion for
8  summary judgment and supporting documents containing the portions it believes do not contain
9  sealable information.

**IT IS SO ORDERED.**

Dated: January 5, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2