**MARLIN & SALTZMAN**
**[LEAD COUNSEL FOR DEDICATED/INTERMODAL DRIVERS]**
Stanley D Saltzman, Esq. (SBN 90058)
Louis M. Marlin, Esq. (SBN 54053)
Marcus J. Bradley, Esq. (SBN 174156)
Christina A. Humphrey, Esq. (SBN 226326)
29229 Canwood Street, Suite 208
Agoura Hills, California 91301-1555
Telephone: (818) 991-8080
Facsimile: (818) 991-8081
ssaltzman@marlinsaltzman.com
louismarlin@marlinsaltzman.com
mbradley@marlinsaltzman.com
chumphrey@marlinsaltzman.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
**[LEAD COUNSEL FOR REGIONAL DRIVERS]**
Steve W. Berman, Esq.
Lee M. Gordon, Esq. (SBN 174168)
301 N. Lake Avenue, Suite 203
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
Lee@hbsslaw.com

Attorneys for Plaintiffs and Putative Class
(additional counsel listed on next page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS BICKLEY, MICHAEL D. PATTON, RAYMOND GREWE, DENNIS VANHORN, and DOUGLAS PUMROY, individually and on behalf of all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SCHNEIDER NATIONAL CARRIERS, INC., a Nevada corporation, and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.:3:08-cv-05806-JSW<br>**CLASS ACTION** (FRCP 23)<br><br>**[PROPOSED]** ORDER GRANTING STIPULATION TO CONTINUE BRIEFING SCHEDULE RE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br>AS MODIFIED |

**Additional Plaintiffs' Counsel**

Paul T. Cullen, Esq. (SBN 193575)
Craig S. Pynes, Esq. (SBN 151552)
THE CULLEN LAW FIRM, APC
29229 Canwood Street, Suite 208
Agoura Hills, California  91301-1555
Telephone:     (626) 744-9125; (818) 338-8915
Facsimile:     (626) 744-9436
paul@cullenlegal.com, pat@cullenlegal.com
craig@cullenlegal.com

Peter M. Hart, Esq. (SBN 198691)
LAW OFFICES OF PETER M. HART
12121 Wilshire Boulevard, Suite 205
Los Angeles, California  90025
Telephone:     (310) 478-5789
Facsimile:     (509) 561-6441
hartpeter@msn.com

Kenneth H. Yoon, Esq. (SBN 198443)
LAW OFFICES OF KENNETH H. YOON
One Wilshire Blvd., Suite 2200
Los Angeles, California  90017
Telephone:    (213) 612-0988
Facsimile:     (213) 947-1211
kyoon@yoon-law.com

Eric Honig, Esq. (SBN 140765)
LAW OFFICE OF ERIC HONIG
P.O. Box 10327
Marina del Rey, California   90295
Telephone:     (310) 314-2603
Facsimile:     (310) 314-2793
erichonig@aol.com

Steve W. Berman, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington   98101
Telephone:     (206) 623-7292
Steve@hbsslaw.com

William Rehwald, Esq. (SBN 51396)
Lawrence Glasner, Esq. (SBN 142677)
Daniel Chaleff, Esq. (SBN 173028)
REHWALD GLASNER & CHALEFF
5855 Topanga Canyon Blvd., Suite 400
Woodland Hills, California   91367-4600

[Proposed] Order Granting Stipulation to Continue Briefing Schedule
Case No. 08-CV-05806 JSW

2

| | |
|---|---|
| 1 | **Telephone:** (818) 703-7500 |
| 2 | **Facsimile:** (818) 703-7498 |
| | DChaleff@rehwaldlaw.com |
| 3 | |
| | **Defendant's Counsel**: |
| 4 | |
| | DOUGLAS J. FARMER, Esq. (SBN 139646) |
| 5 | douglas.farmer@odnss.com |
| | MICHAEL J. NADER, Esq. (SBN 200425) |
| 6 | michael.nader@odnss.com |
| | CHRISTOPHER M. AHEARN, Esq. (SBN 239089) |
| 7 | chris.ahearn@odnss.com |
| | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| 8 | Steuart Tower, Suite 1300 |
| | One Market Plaza |
| 9 | San Francisco, California 94105 |
| | Telephone: (415) 442-4810 |
| 10 | Facsimile: (415) 442-4870 |
| 11 | |
| | Attorneys for Defendant |
| 12 | SCHNEIDER NATIONAL CARRIERS, INC. |

**[Proposed]** Order Granting Stipulation to Continue Briefing Schedule
Case No. 08-CV-05806 JSW

3

1 | Now before the Court is a Stipulation to Continue Briefing Schedule Re Motion for
2 | Summary Judgment (Doc ___). After reviewing the Stipulation of the parties, and good cause
3 | appearing therefor,

4 | **IT IS ORDERED AS FOLLOWS:**

5 | 1. Plaintiffs shall file their Opposition to Defendant's Motion for Summary
6 | Judgment/Adjudication on ~~March 9,~~ February 10 2012; and

7 | 2. Defendant shall file its Reply to Plaintiffs' Opposition to Defendant's Motion for
8 | Summary Judgment on ~~April 9,~~ March 2 2012.

DATED: January 11, 2012

_____
Hon. Jeffrey S. White
United States District Judge
By Hon. James Ware