IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS BICKLEY, MICHAEL D. PRATTON, RAYMOND GREWE, DENNIS VANHORN, and DOUGLASS PUMROY, individually and on behalf of themselves, all others similarly situated, and the general public,<br><br>    Plaintiffs,<br><br>  v.<br><br>SCHNEIDER NATIONAL CARRIERS, INC., a Nevada corporation, and DOES 1 to 10, inclusive,<br><br>    Defendants. | No. C 08-05806 JSW<br><br>**ORDER REGARDING ADMINISTRATIVE MOTIONS** |

Now before the Court is the motion for an order shortening time filed by Defendant Schneider National Carrier, Inc. and the request by Plaintiffs to have the motion for judgment on the pleadings and the motion for summary judgment heard together, pursuant to the same briefing schedule for the opposition and reply. Upon consideration of the parties' papers, the Court DENIES Defendant's motion for an order shortening time and GRANTS Plaintiffs' request to have the motion for judgment on the pleadings and the motion for summary judgment heard together, pursuant to the same briefing schedule for the opposition and reply. Accordingly, the hearing on Defendant's motion for judgment on the pleadings is CONTINUED

///

///

///

to January 11, 2013 at 9:00 a.m. Plaintiffs' request to combine their opposition brief to the two motions in one brief of thirty pages is also GRANTED.

**IT IS SO ORDERED.**

Dated: October 15, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE