IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MORRIS BICKLEY,

    Plaintiff,

v.

SCHNEIDER NATIONAL, INC., et al.,

    Defendants.

No. C 08-05806 JSW

**ORDER VACATING HEARING ON MOTION TO STAY**

Defendants' motion to stay is currently set for hearing on December 14, 2012, at 9:00 a.m. This matter is fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* N.D. Cal. Civ. L.R. 7-1(b). Accordingly, the hearing set for December 14, 2012 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: December 11, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE