# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS BICKLEY, MICHAEL D. PATTON, RAYMOND GREWE, DENNIS VANHORN, and DOUGLAS PUMROY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SCHNEIDER NATIONAL CARRIERS, INC., a Nevada corporation,<br><br>Defendant. | Case No. 3:08-cv-05806-JSW (NMC)<br><br>**CLASS ACTION (FRCP 23)**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT; DOCKET NUMBER 191-2**<br><br>Complaint Filed: November 25, 2008<br>Trial Date: None Set<br>Judge: Hon. Jeffrey S. White |

| | |
|---|---|
| 1 | **SUBMITTED BY:** |
| 2 | Douglas J. Farmer, State Bar No. 139646<br>douglas.farmer@ogletreedeakins.com |
| 3 | Michael J. Nader, State Bar No. 200425<br>michael.nader@ogletreedeakins.com |
| 4 | Christopher M. Ahearn, State Bar No. 239089<br>chris.ahearn@ogletreedeakins.com |
| 5 | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>Steuart Tower, Suite 1300 |
| 6 | One Market Plaza<br>San Francisco, CA  94105 |
| 7 | Telephone:    415.442.4810<br>Facsimile:     415.442.4870 |
| 8 | Attorneys for Defendant |
| 9 | SCHNEIDER NATIONAL CARRIERS, INC. |

1  Defendant Schneider National Carriers, Inc.'s Notice of Motion and Motion to Remove
2 Incorrectly Filed Document; Docket Number 191-2 was filed on December 6, 2012. Based on the
3 papers on file relating to this motion, and for good cause, IT IS HEREBY ORDERED that the
4 Motion to Remove Incorrectly Filed Document; Docket Number 191-2 is GRANTED. Document
5 191-2 shall be removed from the docket.

DATED: December 13, 2012

_____
Hon. Jeffrey S. White
United States District Judge

13895350.1 (OGLETREE)

Case No. 3:08-cv-05806-JSW (NMC)
[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO REMOVE INCORRECTLY FILED
DOCUMENT; DOCKET NUMBER 191-2