United States District Court
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    MORRIS BICKLEY, et al.,

10              Plaintiffs,                    No. C 08-05806 JSW

11   v.

12   SCHNEIDER NATIONAL CARRIERS, INC.,        **ORDER LIFTING STAY AND
                                               SETTING FURTHER CASE**
13              Defendant.                     **MANAGEMENT CONFERENCE**
     _____/

14

15          The Court has received the parties' joint notice regarding the status of appeals before the

16   Ninth Circuit of *Dilts v. Penske*, 819 F. Supp. 2d 1109 (S.D. Cal. 2011) and *Campbell v. Vitran*,

17   2012 WL 2317233 (C.D. Cal. June 8, 2012).  The Court HEREBY LIFTS the stay in the above

18   captioned matter.  The Court SETS a further case management conference in this for August 15,

19   2014 at 11:00 a.m.  The parties shall file a joint further case management statement by no later

20   than August 8, 2014.

21          **IT IS SO ORDERED.**

22

23   Dated: July 21, 2014

24                                             JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE
25

26

27

28