**MARLIN & SALTZMAN**
**[LEAD COUNSEL FOR DEDICATED/INTERMODAL DRIVERS]**
Stanley D Saltzman, Esq. (SBN 90058)
Louis M. Marlin, Esq. (SBN 54053)
Marcus J. Bradley, Esq. (SBN 174156)
Christina A. Humphrey, Esq. (SBN 226326)
29229 Canwood Street, Suite 208
Agoura Hills, California  91301-1555
Telephone:     (818) 991-8080
Facsimile:      (818) 991-8081
ssaltzman@marlinsaltzman.com
louismarlin@marlinsaltzman.com
mbradley@marlinsaltzman.com
chumphrey@marlinsaltzman.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
**[LEAD COUNSEL FOR REGIONAL DRIVERS]**
Steve W. Berman, Esq.
Lee M. Gordon, Esq. (SBN 174168)
301 N. Lake Avenue, Suite 203
Pasadena, California  91101
Telephone:     (213) 330-7150
Facsimile:      (213) 330-7152
Lee@hbsslaw.com

Attorneys for Plaintiffs and Putative Class
(additional counsel listed on next page)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS BICKLEY, MICHAEL D. PATTON, RAYMOND GREWE, DENNIS VANHORN, and DOUGLAS PUMROY, individually and on behalf of all others similarly situated, and the general public,<br><br>                Plaintiffs,<br><br>v.<br><br>SCHNEIDER NATIONAL CARRIERS, INC., a Nevada corporation, and DOES 1 to 10, inclusive,<br><br>                Defendants. | CASE NO.:4:08-cv-05806-JSW<br>**CLASS ACTION (FRCP 23)**<br><br>**JOINT STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; ~~PROPOSED~~ ORDER**<br><br>DATE:        August 15, 2014<br>TIME:        11:00 a.m.<br>CTRM:       5 – Oakland |

1

*__Additional Plaintiffs' Counsel__*

2
Paul T. Cullen, Esq. (SBN 193575)
**THE CULLEN LAW FIRM, APC**
3
29229 Canwood Street, Suite 208
Agoura Hills, California  91301-1555
4
Telephone:     (626) 744-9125; (818) 338-8915
Facsimile:      (866) 794-5741
5
paul@cullenlegal.com

6
Peter M. Hart, Esq. (SBN 198691)
**LAW OFFICES OF PETER M. HART**
7
12121 Wilshire Boulevard, Suite 205
Los Angeles, California  90025
8
Telephone:     (310) 478-5789
Facsimile:      (509) 561-6441
9
hartpeter@msn.com

10
Kenneth H. Yoon, Esq. (SBN 198443)
**LAW OFFICES OF KENNETH H. YOON**
11
One Wilshire Blvd., Suite 2200
Los Angeles, California  90017
12
Telephone:     (213) 612-0988
Facsimile:      (213) 947-1211
13
kyoon@yoon-law.com

14
Eric Honig, Esq. (SBN 140765)
15
**LAW OFFICE OF ERIC HONIG**
P.O. Box 10327
16
Marina del Rey, California   90295
Telephone:     (310) 314-2603
17
Facsimile:      (310) 314-2793
erichonig@aol.com
18

19
Steve W. Berman, Esq.
**HAGENS BERMAN SOBOL SHAPIRO LLP**
20
1918 Eighth Avenue, Suite 3300
Seattle, Washington   98101
21
Telephone:     (206) 623-7292
Steve@hbsslaw.com
22

23
William Rehwald, Esq. (SBN 51396)
Lawrence Glasner, Esq. (SBN 142677)
Daniel Chaleff, Esq. (SBN 173028)
24
**REHWALD GLASNER & CHALEFF**
5855 Topanga Canyon Blvd., Suite 400
25
Woodland Hills, California   91367-4600
Telephone:     (818) 703-7500
26
Facsimile:      (818) 703-7498
DChaleff@rehwaldlaw.com
27

28

---

Joint Stipulation  to Continue Further Case Management Conference; ~~Proposed~~ Order
Case No. **08-CV-05806  JSW**

Plaintiffs and Defendants hereby submit the following Joint Stipulation to Continue the Further Case Management Conference currently set for August 15, 2014 at 11:00 a.m.:

WHEREAS, on July 21, 2014, the Court entered an Order Lifting Stay and Setting Further Case Management Conference for August 15, 2014 (DOC 216);

WHEREAS, attorney for Plaintiffs and lead counsel for Intermodal and Dedicated Subclasses, Stanley D. Saltzman of Marlin & Saltzman, will be out of the country on a pre-planned vacation on August 15, 2014;

WHEREAS, attorney for Plaintiffs and co-lead counsel for Intermodal and Dedicated Subclasses, Christina A. Humphrey of Marlin & Saltzman, will be out of the state on a pre-planned vacation on August 15, 2014;

WHEREAS, lead counsel for Defendant, Matthew C. Kane of McGuire Woods, will be out of town on a pre-planned vacation towards the end of August, 2014; and

WHEREAS, the Parties agree to continue the Further Case Management Conference to a date after September 3, 2014, to a date convenient to the Court.

NOW THEREFORE, IT IS HEREBY STIPULATED by the Parties herein, through their counsel of record, that Further Case Management Conference currently scheduled for August 15, 2014, at 11:00 a.m. be continued to a date after September 3, 2014, on a date convenient to the Court.

**IT IS SO STIPULATED.**

DATED:   August 1, 2014                 **MARLIN & SALTZMAN**
                                        **THE CULLEN LAW FIRM, APC**
                                        **LAW OFFICES OF PETER M. HART**
                                        **LAW OFFICES OF KENNETH H. YOON**
                                        **LAW OFFICE OF ERIC HONIG**


                                        By:   /S. Stanley D. Saltzman
                                              Stanley D. Saltzman, Esq.
                                              Attorneys for Plaintiffs and Lead Counsel for
                                              Intermodal and Dedicated Subclasses

\\\

Joint Stipulation to Continue Further Case Management Conference; ~~Proposed~~ Order
Case No. 08-CV-05806 JSW

DATED:   August 1, 2014                **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                       **REHWALD GLASNER & CHALEFF**


                                       By:   /S/   Lee M. Gordon
                                             Lee M. Gordon, Esq.
                                             Attorneys for Plaintiffs and Lead Counsel for
                                             Regional Subclass

DATED:   August 1, 2014                **MCGUIRE WOODS LLP**


                                       By:   /S/   Matthew c. Kane
                                             Matthew C. Kane, Esq.
                                             Attorneys for Defendants




## SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.


DATED:  August 1, 2014                  /S/  Stanley D. Saltzman
                                        Stanley D. Saltzman

Joint Stipulation  to Continue Further Case Management Conference; ~~Proposed~~ Order
Case No. 08-CV-05806  JSW

1

2

**(PROPOSED) ORDER**

3

Now before the Court is a Joint Stipulation to Continue Further Case Management Conference

4
(Doc.____).  After reviewing the Stipulation of the parties, and good cause appearing therefor,

5
    **IT IS HEREBY ORDERED** that Further Case Management Conference currently scheduled

6
for August 15, 2014, at 11:00 a.m. is continued to _____September 12, 2014_____.

7

8
DATED: ___August 5, 2014___

9
Hon. Jeffrey S. White
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3