**MARLIN & SALTZMAN**
**[LEAD COUNSEL FOR DEDICATED/INTERMODAL DRIVERS]**
Stanley D Saltzman, Esq. (SBN 90058)
Louis M. Marlin, Esq. (SBN 54053)
Marcus J. Bradley, Esq. (SBN 174156)
Christina A. Humphrey, Esq. (SBN 226326)
29229 Canwood Street, Suite 208
Agoura Hills, California 91301-1555
Telephone: (818) 991-8080
Facsimile: (818) 991-8081
ssaltzman@marlinsaltzman.com
louismarlin@marlinsaltzman.com
mbradley@marlinsaltzman.com
chumphrey@marlinsaltzman.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
**[LEAD COUNSEL FOR REGIONAL DRIVERS]**
Steve W. Berman, Esq.
Lee M. Gordon, Esq. (SBN 174168)
301 N. Lake Avenue, Suite 203
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
Lee@hbsslaw.com

Attorneys for Plaintiffs and Putative Class
(additional counsel listed on next page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS BICKLEY, MICHAEL D. PATTON, RAYMOND GREWE, DENNIS VANHORN, and DOUGLAS PUMROY, individually and on behalf of all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SCHNEIDER NATIONAL CARRIERS, INC., a Nevada corporation, and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.:4:08-cv-05806-JSW<br>**CLASS ACTION** (FRCP 23)<br><br>**FURTHER JOINT STIPULATION TO CONTINUE THE FURTHER CASE MANAGEMENT CONFERENCE;** ~~**PROPOSED**~~ **ORDER**<br><br>CURRENT DATE: September 12, 2014<br>TIME: 11:00 a.m.<br>CTRM: 5 – Oakland<br><br>PROPOSED DATE: September 26, 2014<br>TIME: 11:00 a.m.<br>CTRM: 5 - Oakland |

---

Further Joint Stipulation to Continue the Further Case Management Conference; ~~Proposed~~ Order
Case No. 08-CV-05806 JSW

*Additional Plaintiffs' Counsel*

Paul T. Cullen, Esq. (SBN 193575)
**THE CULLEN LAW FIRM, APC**
29229 Canwood Street, Suite 208
Agoura Hills, California  91301-1555
Telephone:     (626) 744-9125; (818) 338-8915
Facsimile:      (866) 794-5741
paul@cullenlegal.com

Peter M. Hart, Esq. (SBN 198691)
**LAW OFFICES OF PETER M. HART**
12121 Wilshire Boulevard, Suite 205
Los Angeles, California  90025
Telephone:     (310) 478-5789
Facsimile:      (509) 561-6441
hartpeter@msn.com

Kenneth H. Yoon, Esq. (SBN 198443)
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, California  90017
Telephone:     (213) 612-0988
Facsimile:      (213) 947-1211
kyoon@yoon-law.com

Eric Honig, Esq. (SBN 140765)
**LAW OFFICE OF ERIC HONIG**
P.O. Box 10327
Marina del Rey, California   90295
Telephone:     (310) 314-2603
Facsimile:      (310) 314-2793
erichonig@aol.com

Steve W. Berman, Esq.
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eighth Avenue, Suite 3300
Seattle, Washington   98101
Telephone:     (206) 623-7292
Steve@hbsslaw.com

William Rehwald, Esq. (SBN 51396)
Lawrence Glasner, Esq. (SBN 142677)
Daniel Chaleff, Esq. (SBN 173028)
**REHWALD GLASNER & CHALEFF**
5855 Topanga Canyon Blvd., Suite 400
Woodland Hills, California   91367-4600
Telephone:     (818) 703-7500
Facsimile:      (818) 703-7498
DChaleff@rehwaldlaw.com

---

Further Joint Stipulation to Continue the Further Case Management Conference; ~~Proposed~~ Order
Case No. 08-CV-05806 JSW

Plaintiffs and Defendants hereby submit the following <u>Further</u> Joint Stipulation to Continue the Further Case Management Conference, which was recently continued by the Court based on the Stipulation of the Parties, and re-scheduled for September 12, 2014 at 11:00 a.m. (See Order, Document No. 218).

WHEREAS, the Parties previously submitted a Stipulation to Continue the Further Case Management Conference (Document No. 217);

WHEREAS, co-lead counsel for the Plaintiffs, Stanley D. Saltzman (the undersigned), erred when drafting the Stipulation, by failing to request a specific date for the continued hearing, such that the date selected by the Court turned out to be in conflict with other counsel's schedules of court appearances and other business matters;

WHEREAS, accordingly, and with apologies to the Court for having to burden it with a second request to continue the Further Case Management Conference, the Parties now jointly request that the CMC be re-scheduled to take place on September 26, 2014, with the Joint Statement of the Parties to be filed no later than September 19, 2014.

NOW THEREFORE, IT IS HEREBY STIPULATED by the Parties herein, through their counsel of record, that the Further Case Management Conference currently scheduled for September 12, 2014, be continued by two weeks to September 26, 2014, with the Joint Statement of the Parties to be filed by September 19, 2014.

**IT IS SO STIPULATED.**

DATED: August 15, 2014             **MARLIN & SALTZMAN**
                                   **THE CULLEN LAW FIRM, APC**
                                   **LAW OFFICES OF PETER M. HART**
                                   **LAW OFFICES OF KENNETH H. YOON**
                                   **LAW OFFICE OF ERIC HONIG**


                                   By: /S/ Stanley D. Saltzman
                                       Stanley D. Saltzman, Esq.
                                       Attorneys for Plaintiffs and Lead Counsel for
                                       Intermodal and Dedicated Subclasses

/ / /

| | | |
|---|---|---|
| 1 | DATED:  August 15, 2014 | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| 2 | | **REHWALD GLASNER & CHALEFF** |

By:   /S/   Lee M. Gordon
           Lee M. Gordon, Esq.
           Attorneys for Plaintiffs and Lead Counsel for
           Regional Subclass

DATED:  August 15, 2014          **MCGUIRE WOODS LLP**

By:   /S/   Matthew c. Kane
           Matthew C. Kane, Esq.
           Attorneys for Defendants

## SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

DATED:  August 15, 2014           /S/  Stanley D. Saltzman
                                                  Stanley D. Saltzman

1
2
### (PROPOSED) ORDER

Now before the Court is a Further Joint Stipulation to Continue the Further Case Management Conference (Doc ___). After reviewing the Stipulation of the Parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Further Case Management Conference currently scheduled for September 12, 2014, at 11:00 a.m. is continued to September 26, 2014, at 11:00 a.m., and the Joint Statement of the Parties shall be filed no later than September 19, 2014.

DATED: August 18, 2014

*Jeffrey S. White*
Hon. Jeffrey S. White
United States District Judge