1

**MARLIN & SALTZMAN**
**[LEAD COUNSEL FOR DEDICATED/INTERMODAL DRIVERS]**

2

Stanley D Saltzman, Esq. (SBN 90058)
Louis M. Marlin, Esq. (SBN 54053)

3

Marcus J. Bradley, Esq. (SBN 174156)
Christina A. Humphrey, Esq. (SBN 226326)

4

29229 Canwood Street, Suite 208
Agoura Hills, California  91301-1555

5

Telephone:    (818) 991-8080
Facsimile:    (818) 991-8081

6

ssaltzman@marlinsaltzman.com

7

louismarlin@marlinsaltzman.com
mbradley@marlinsaltzman.com

8

chumphrey@marlinsaltzman.com

9

**HAGENS BERMAN SOBOL SHAPIRO LLP**
**[LEAD COUNSEL FOR REGIONAL DRIVERS]**

10

Steve W. Berman, Esq.
Lee M. Gordon, Esq. (SBN 174168)

11

301 N. Lake Avenue, Suite 203
Pasadena, California   91101

12

Telephone:    (213) 330-7150
Facsimile:    (213) 330-7152

13

Lee@hbsslaw.com

14

Attorneys for Plaintiffs and Putative Class

15

(additional counsel listed on next page)

16

**UNITED STATES DISTRICT COURT**

17

**NORTHERN DISTRICT OF CALIFORNIA**

18

MORRIS BICKLEY, MICHAEL D.

19

PATTON, RAYMOND GREWE, DENNIS
VANHORN, and DOUGLAS PUMROY,

20

individually and on behalf of all others
similarly situated, and the general public,

21

22

Plaintiffs,
v.

23

24

SCHNEIDER NATIONAL CARRIERS, INC.,
a Nevada corporation, and DOES 1 to 10,

25

inclusive,

26

Defendants.

27

28

) CASE NO.:  4:08-cv-05806-JSW
) **CLASS ACTION** (FRCP 23)
)
)
) **JOINT STIPULATION TO CONTINUE**
) **CASE MANAGEMENT ORDER DATES**
) **AND DEADLINES IN FURTHERANCE OF**
) **CONTINUED APRIL 15, 2015**
) **MEDIATION;** ~~**PROPOSED**~~ **ORDER**
)
)
)
)
)
)
)
)

---

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT ORDER DATES AND**
**DEADLINES IN FURTHERANCE OF CONTINUED APRIL 15, 2015 MEDIATION**
Case No. **08-CV-05806  JSW**

*Additional Plaintiffs' Counsel*

Paul T. Cullen, Esq. (SBN 193575)
**THE CULLEN LAW FIRM, APC**
29229 Canwood Street, Suite 208
Agoura Hills, California 91301-1555
Telephone:    (626) 744-9125; (818) 338-8915
Facsimile:    (866) 794-5741
paul@cullenlegal.com

Peter M. Hart, Esq. (SBN 198691)
**LAW OFFICES OF PETER M. HART**
12121 Wilshire Boulevard, Suite 205
Los Angeles, California 90025
Telephone:    (310) 478-5789
Facsimile:    (509) 561-6441
hartpeter@msn.com

Kenneth H. Yoon, Esq. (SBN 198443)
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, California 90017
Telephone:    (213) 612-0988
Facsimile:    (213) 947-1211
kyoon@yoon-law.com

Eric Honig, Esq. (SBN 140765)
**LAW OFFICE OF ERIC HONIG**
P.O. Box 10327
Marina del Rey, California 90295
Telephone:    (310) 314-2603
Facsimile:    (310) 314-2793
erichonig@aol.com

Steve W. Berman, Esq.
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone:    (206) 623-7292
Steve@hbsslaw.com

William Rehwald, Esq. (SBN 51396)
Lawrence Glasner, Esq. (SBN 142677)
Daniel Chaleff, Esq. (SBN 173028)
**REHWALD GLASNER & CHALEFF**
5855 Topanga Canyon Blvd., Suite 400
Woodland Hills, California 91367-4600
Telephone:    (818) 703-7500
Facsimile:    (818) 703-7498
DChaleff@rehwaldlaw.com

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT ORDER DATES AND DEADLINES IN FURTHERANCE OF CONTINUED APRIL15, 2015 MEDIATION**
Case No. **08-CV-05806 JSW**

1

2    ***Defendant's Counsel***

3    **McGUIREWOODS LLP**
     Matthew C. Kane, Esq. (SBN 171829)
4            Email: mkane@mcguirewoods.com
     Michael D. Mandel, Esq. (SBN 216934)
5            Email: mmandel@mcguirewoods.com
     Sabrina A. Beldner, Esq. (SBN 221918)
6            Email: sbeldner@mcguirewoods.com
     John A. Van Hook, Esq. (SBN 205067)
7            Email: jvanhook@mcguirewoods.com
     1800 Century Park East, 8th Floor
8    Los Angeles, California 90067
     Telephone:     (310) 315-8200
9    Facsimile:     (310) 315-8210

10   Attorneys for Defendant
     SCHNEIDER NATIONAL CARRIERS, INC.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT ORDER DATES AND
DEADLINES IN FURTHERANCE OF CONTINUED APRIL15, 2015 MEDIATION**
Case No. **08-CV-05806 JSW**

1    Plaintiffs and Defendants hereby submit the following Joint Stipulation to Continue Case
2 Management Conference Dates and Deadlines in Furtherance of Continued April 15, 2015
3 Mediation ("Stipulation"):

4    WHEREAS, on January 22, 2013, the Court entered its Order granting Defendant's Motion to
5 Stay this action pending the appeals before the Ninth Circuit in *Dilts v. Penske*, 819 F.Supp.2d 1109
6 (S.D. Cal. 2011), and *Campbell v. Vitran*, 2012 WL 2317233 (C.D. Cal. June 8, 2012) (Dkt. #207).

7    WHEREAS, on July 21, 2014, after the Ninth Circuit's decisions in those cases were
8 rendered, the Court entered an Order lifting the stay of this action (Dkt. #216).

9    WHEREAS, in connection the stay of this action being lifted, on September 26, 2014, the
10 Court held a Case Management Conference ("CMC") to review the status of this case and set further
11 dates and deadlines related thereto, for which the Parties filed a Joint CMC Statement with the Court
12 on September 19, 2014 (Dkt. #227).

13    WHEREAS, after completion of the CMC, on October 3, 2014, the Court entered its Case
14 Management Order Scheduling Trial and Pretrial Matters (the "CMO") (Dkt. #229), which set the
15 following dates and deadlines for this case:

16

| Deadline or Event | Day | Date | Time |
|---|---|---|---|
| Completion of Private Mediation | Monday | January 26, 2015 | |
| Last Day for Expert Discovery | Monday | August 3, 2015 | |
| Close of ALL Discovery | Monday | August 31, 2015 | |
| Last Day to Hear Dispositive Motions | Friday | September 11, 2015 | 9:00 a.m. |
| Pretrial Conference | Monday | December 7, 2015 | 2:00 p.m. |
| Jury Selection | Wednesday | January 6, 2016 | 8:00 a.m. |
| Jury Trial Date | Monday | January 11, 2016 | 8:00 a.m. |

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT ORDER DATES AND
DEADLINES IN FURTHERANCE OF CONTINUED APRIL 15, 2015 MEDIATION**
Case No. 08-CV-05806 JSW

1    WHEREAS, in accordance with the foregoing, the Parties agreed on the selection of David

2    Rotman, Esq. in San Francisco for their mediator and scheduled such mediation to occur on

3    Wednesday, January 21, 2015, and agreed that mailing of notice of the pendency of the action to the

4    certified class members would be deferred until shortly after the completion of the mediation, in the

5    hope that a successful mediation would obviate the need for notice to be sent other than for a

6    preliminarily approved class action settlement.

7    WHEREAS, in preparation for the mediation, the parties conferred throughout November

8    and December 2014 and through January 15, 2015, on the parameters for a data pull to be prepared

9    by Defendant and shared with Plaintiffs for purposes of evaluating the potential exposure in the case

10   prior to the mediation.

11   WHEREAS, due to the size of the certified classes and the almost decade-long class period

12   involved, and significant changes in Defendant's personnel who were involved in a prior data pull

13   provided by Defendant in discovery during the case back in 2011 (including one who passed away

14   not long thereafter), as well as the fact that Defendant substituted in new defense counsel in this

15   action in 2014 that was not involved in the prior data pull provided in that earlier discovery,

16   Defendant encountered significant challenges in terms of systems data and capacity, personnel with

17   institutional knowledge, and familiarity with prior data provided earlier in the case during discovery.

18   WHEREAS, as a result of the foregoing, Defendant was not able to provide an initial

19   mediation data pull to Plaintiffs until January 5, 2015, but, unfortunately, Plaintiffs immediately

20   identified issues with the potential integrity of the data provided, particularly when compared to the

21   data previously provided by Defendant earlier in the case during discovery, which the Parties'

22   counsel conferred about extensively during the week of January 5, 2015.

23   WHEREAS, as a result of the Parties' conferring about the January 5, 2015 mediation data

24   pull provided by Defendant, a second mediation data pull was provided by Defendant to Plaintiffs on

25   January 13, 2015, but, unfortunately, Plaintiffs again immediately identified issues with the potential

26   integrity of the data provided, and again particularly when compared to the data previously provided

27   by Defendant earlier in the case during discovery, which the Parties' counsel conferred about

28   extensively during the days following that week.

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT ORDER DATES AND DEADLINES IN FURTHERANCE OF CONTINUED APRIL 15, 2015 MEDIATION**
Case No. 08-CV-05806 JSW

1   WHEREAS, as a result of reviewing the issues raised by Plaintiffs about the mediation data

2   pulls provided to them to date, on January 15, 2015, Defendant concluded that it would be

3   impossible to reconcile the data issues identified by Plaintiffs sufficiently in advance of the January

4   21, 2015 scheduled mediation which was only four business days away because significant work and

5   coordination with Plaintiffs would be required to understand and agree that both sides are evaluating

6   the same reliable data set and are in mutual agreement as to what the data therein represents.

7   WHEREAS, in light of the foregoing, on January 15, 2015, Defendant notified Plaintiffs that

8   proceeding with the mediation as scheduled on January 21, 2015 would not only not result in a

9   resolution of the action, but would carry with it the probable risk of being counterproductive to

10  achieving a resolution in the short term, an assessment which Plaintiffs shared at that point.

11  WHEREAS, in order to avoid the foregoing, Defendant requested that Plaintiffs agree to an

12  approximately 60-day continuance of the mediation with Mr. Rotman and, subject to the court's

13  approval, a comporting continuance of all dates and deadlines in the CMO, such that the Parties

14  could focus their attention and efforts on reaching agreement on the sources and scope of, and

15  preparing, a mediation data pull that both sides are comfortable with to prepare their assessments of

16  the potential exposure in the case and have a productive mediation with Mr. Rotman.

17  WHEREAS, due to Mr. Rotman's reputation and demand to serve as a class action mediator,

18  the first available date he had to continue the mediation which works for all Parties and their counsel

19  is Wednesday, April 15, 2015, which the Parties have reserved, and, in order to facilitate the

20  completion of that mediation as set forth above, the Parties are herein stipulating and requesting, for

21  good cause as set forth above, that the CMO dates and deadlines be continued by the Court as set

22  forth below.

23  NOW THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by the Parties

24  herein, through their counsel of record, that the dates and deadlines in the CMO be continued to the

25  new dates as set forth below, or such other dates as are more convenient for the Court, and that all

26  other provisions of the CMO remain unchanged, including the procedures for bringing dispositive

27  motions as directed by the Court at the September 26, 2014 CMC:

28

3

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT ORDER DATES AND DEADLINES IN FURTHERANCE OF CONTINUED APRIL15, 2015 MEDIATION**
Case No. 08-CV-05806  JSW

| Deadline or Event | Day | Old Date | New Date | Time |
|---|---|---|---|---|
| **Completion of Private Mediation** | Monday | January 26, 2015 | **April 20, 2015** | |
| **Last Day for Expert Discovery** | Monday | August 3, 2015 | **October 26, 2015** | |
| **Close of ALL Discovery** | Monday | August 31, 2015 | **November 23, 2015** | |
| **Last Day to Hear Dispositive Motions** | Friday | September 11, 2015 | **December 4, 2015** | 9:00 a.m. |
| **Pretrial Conference** | Monday | December 7, 2015 | **February 29, 2016** | 2:00 p.m. |
| **Jury Selection** | Wednesday | January 6, 2016 | **April 13, 2016** | 8:00 a.m. |
| **Jury Trial Date** | Monday | January 11, 2016 | **April 20, 2016** | 8:00 a.m. |

**IT IS SO STIPULATED.**

DATED:   January 26, 2015

**MARLIN & SALTZMAN**
**THE CULLEN LAW FIRM, APC**
**LAW OFFICES OF PETER M. HART**
**LAW OFFICES OF KENNETH H. YOON**
**LAW OFFICE OF ERIC HONIG**

By:   /S.  Stanley D. Saltzman
        Stanley D. Saltzman, Esq.
        Attorneys for Plaintiffs and Lead Counsel for
        Intermodal and Dedicated Subclasses

DATED:   January 26, 2015

**HAGENS BERMAN SOBOL SHAPIRO LLP**
**REHWALD GLASNER & CHALEFF**

By:   /S/   Lee M. Gordon
        Lee M. Gordon, Esq.
        Attorneys for Plaintiffs and Lead Counsel for
        Regional Subclass

4

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT ORDER DATES AND**
**DEADLINES IN FURTHERANCE OF CONTINUED APRIL 15, 2015 MEDIATION**
Case No. 08-CV-05806  JSW

DATED: January 26, 2015          **MCGUIRE WOODS LLP**


                                 By: __/S/__ Matthew c. Kane _____
                                     Matthew C. Kane, Esq.
                                     Attorneys for Defendants


## SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.


DATED: August 14, 2014           __/S/__ Matthew C. Kane _____
                                    Matthew C. Kane


## (~~PROPOSED~~) ORDER


PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.


DATED: __January 28, 20__15      _____
                                 Hon. Jeffrey S. White
                                 United States District Judge

5

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT ORDER DATES AND DEADLINES IN FURTHERANCE OF CONTINUED APRIL 15, 2015 MEDIATION**
Case No. 08-CV-05806 JSW

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2015, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 26, 2015 at Los Angeles, California.


/s/ Matthew C. Kane

MATTHEW C. KANE

6

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT ORDER DATES AND DEADLINES IN FURTHERANCE OF CONTINUED APRIL 15, 2015 MEDIATION**
Case No. 08-CV-05806  JSW