IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MORRIS BICKLEY,

    Plaintiff,

v.

SCHNEIDER NATIONAL,

    Defendant.

No. C 08-05806 JSW

**ORDER DENYING STIPULATION AND MOTION FOR SEPTEMBER 25, 2015 HEARING AND GRANTING MOTION TO VACATE PRETRIAL AND TRIAL DATES**

Docket Nos. 232, 236

The Court has received the August 31, 2015 joint stipulation (Docket No. 232) and the September 2, 2015 administrative motion (Docket No. 236). Each of these submissions requests that this Court hear on shortened time Plaintiffs' motion for preliminary approval of class action settlement, with the hearing to take place on September 25, 2015. These requests are DENIED. The hearing on Plaintiff's motion for preliminary approval of class action settlement remains scheduled for November 13, 2015 at 9:00 a.m.

The August 31, 2015 joint stipulation (Docket No. 232) also requests that the Court vacate all pending pretrial and trial dates pending consideration of the motion for preliminary approval of class action settlement. This request is GRANTED. The case management schedule established on January 28, 2015 is VACATED.

**IT IS SO ORDERED.**

Dated: September 15, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE