IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS BICKLEY, et al., | No. C 08-05806 JSW |
| Plaintiffs, | |
| v. | **ORDER VACATING HEARING** |
| SCHNEIDER NATIONAL CARRIERS, INC., | |
| Defendant. | |

Pursuant to Civil Local Rule 7-1(b), the Court finds that Plaintiff's motion for preliminary approval of class action settlement (Docket No. 233), which has been set for hearing on Friday, November 13, 2015 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the Court VACATES the November 13, 2015 hearing. The pending motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: November 9, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE