UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS BICKLEY, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>SCHNEIDER NATIONAL, INC., et al.,<br><br>          Defendants. | Case No.  08-cv-05806-JSW<br><br>**ORDER NOTIFYING PARTIES OF FILING** |

On July 29, 2016, the Court received a two-page document, which appears to be the first two pages of the Notice of Proposed Class Action Settlement and Hearing in this case, with "correct name and address" information for a recipient noted on the first page. The Court attaches to this order a copy of the two-page document and the envelope in which it was received, for the parties to take whatever action they deem appropriate.

**IT IS SO ORDERED.**

Dated: July 29, 2016

_____
JEFFREY S. WHITE
United States District Judge