**MARLIN & SALTZMAN**
**[LEAD COUNSEL FOR DEDICATED/INTERMODAL DRIVERS]**
Stanley D Saltzman, Esq. (SBN 90058)
29229 Canwood Street, Suite 208
Agoura Hills, California 91301-1555
Telephone:     (818) 991-8080
Facsimile:      (818) 991-8081
ssaltzman@marlinsaltzman.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
**[LEAD COUNSEL FOR REGIONAL DRIVERS]**
Steve W. Berman, Esq.
Lee M. Gordon, Esq. (SBN 174168)
301 N. Lake Avenue, Suite 203
Pasadena, California  91101
Telephone:     (213) 330-7150
Facsimile:      (213) 330-7152
Lee@hbsslaw.com

Attorneys for Plaintiffs and Putative Class
(additional counsel listed on next page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS BICKLEY, MICHAEL D. PATTON, RAYMOND GREWE, DENNIS VANHORN, and DOUGLAS PUMROY, individually and on behalf of all others similarly situated, and the general public,<br><br>Plaintiffs,<br>v.<br><br>SCHNEIDER NATIONAL CARRIERS, INC., a Nevada corporation, and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.:4:08-cv-05806-JSW<br>**CLASS ACTION** (FRCP 23)<br>Assigned to Hon. Jeffrey S. White<br>United States District Judge<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL MARCUS J. BRADLEY AS ATTORNEY OF RECORD FOR PLAINTIFF AND THE MEMBERS OF THE PUTATIVE CLASS**<br><br>Complaint Filed:     November 25, 2008 |

*Additional Plaintiffs' Counsel*

Paul T. Cullen, Esq. (SBN 193575)
**THE CULLEN LAW FIRM, APC**
29229 Canwood Street, Suite 208
Agoura Hills, California  91301-1555
Telephone:     (626) 744-9125; (818) 338-8915
Facsimile:     (866) 794-5741
paul@cullenlegal.com

Peter M. Hart, Esq. (SBN 198691)
**LAW OFFICES OF PETER M. HART**
12121 Wilshire Boulevard, Suite 205
Los Angeles, California  90025
Telephone:     (310) 478-5789
Facsimile:     (509) 561-6441
hartpeter@msn.com

Kenneth H. Yoon, Esq. (SBN 198443)
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, California  90017
Telephone:     (213) 612-0988
Facsimile:     (213) 947-1211
kyoon@yoon-law.com

Eric Honig, Esq. (SBN 140765)
**LAW OFFICE OF ERIC HONIG**
P.O. Box 10327
Marina del Rey, California   90295
Telephone:     (310) 314-2603
Facsimile:     (310) 314-2793
erichonig@aol.com

Steve W. Berman, Esq.
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eighth Avenue, Suite 3300
Seattle, Washington   98101
Telephone:     (206) 623-7292
Steve@hbsslaw.com

William Rehwald, Esq. (SBN 51396)
Lawrence Glasner, Esq. (SBN 142677)
Daniel Chaleff, Esq. (SBN 173028)
**REHWALD GLASNER & CHALEFF**
5855 Topanga Canyon Blvd., Suite 400
Woodland Hills, California   91367-4600
Telephone:     (818) 703-7500
Facsimile:     (818) 703-7498
DChaleff@rehwaldlaw.com

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that effective immediately, Marcus J. Bradley is no longer a member of the firm of Marlin Saltzman, LLP, and hereby withdraws as attorney of record for Plaintiffs MORRIS BICKLEY, MICHAEL D. PATTON, RAYMOND GREWE, DENNIS VANHORN, and DOUGLAS PUMROY, individually and the Putative Class ("Plaintiffs"). All other counsel named in the caption remain attorneys of record for Plaintiffs and the members of the putative class.

DATED: October 6, 2016                **MARLIN & SALTZMAN, LLP**


By: /s/ Stanley D. Saltzman, Esq.
    Stanley D. Saltzman, Esq.
    Attorneys for Plaintiffs